1034

No. 733. Perma Life Mufflers, Inc., et al. v. International Parts Corp. et al. C. A. 7th Cir. Certiorari granted. *Raymond R. Dickey* and *Bernard Gordon* for petitioners. *John T. Chadwell, Glenn W. McGee* and *David Silbert* for respondents.

No. 796. National Labor Relations Board v. Industrial Union of Marine & Shipbuilding Workers of America, AFL–CIO, et al. C. A. 3d Cir. Certiorari granted. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner.

No. 781. Baan et ux. v. Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari granted and case set for oral argument immediately following No. 760, *supra.* Mr. Justice Marshall took no part in the consideration or decision of this petition. *Harry R. Horrow* for petitioners. *Solicitor General Griswold* for respondent.

No. 805. Raney et al. v. Board of Education of the Gould School District et al. C. A. 8th Cir. Certiorari granted and case set for oral argument immediately following No. 740, *supra.* *Jack Greenberg* and *Michael Meltsner* for petitioners. *Robert V. Light* and *Herschel H. Friday* for respondents.

No. 678, Misc. Bumper v. North Carolina. Sup. Ct. N. C. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *T. W. Bruton,* Attorney General of North Carolina, and *Harry W. McGalliard,* Deputy Attorney General, for respondent.